A petition for certification of the judgment in A–002439–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

158 A.3d 580

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DWAYNE SUTHERLAND, DEFENDANT–
PETITIONER.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001496–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

158 A.3d 580

B.S. AND N.B., O/B/O H.K., PLAINTIFFS–RESPONDENTS,
v. NOOR–UL–IMAN SCHOOL, DEFENDANT–
PETITIONER.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004905–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

158 A.3d 581

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MBS ARMT 2005–8, PLAINTIFF–RESPONDENT, v. AJAY KAJLA, DEFENDANT–PETITIONER, AND PAMELA KAJLA AND WELLS FARGO, N.A., DEFENDANTS.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003875–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.